# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DANIELLE WYNNE,**

    **Plaintiff,**

v.                                          **CASE NO.: 6:20-cv-00242-PGB-DCI**

**CIRCLE K STORES, INC., a Foreign For Profit Corporation,**

    **Defendant.**                          /

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

_____ Have settled the case.

_____ Have not settled the case but wish to continue settlement discussions.

_____ Wish to engage in a formal mediation conference.

_____ Request a settlement conference before the United States Magistrate Judge.

\_\_X\_\_ Have extinguished all settlement efforts and will subsequently file a Case Management Report.

RESPECTFULLY SUBMITTED, this 26th day of May, 2020, by:

| | |
|---|---|
| **/s/ MATTHEW GUNTER** | **/s/ V. STEPHEN COHEN** |
| Matthew Gunter, Esq. | V. Stephen Cohen, Esq. |
| FLBN: 0077459 | FLBN: 0948756 |
| Morgan & Morgan, P.A. | Email: scohen@bajocuva.com |
| 20 N. Orange Avenue, Suite 1600 | **/s/ JAMES MOONEY** |
| Orlando, FL 32801 | James Mooney, Esq. |
| Telephone: (407) 420-1414 | FLBN: 0111668 |
| Facsimile: (407) 867-4791 | Email: jmooney@bajocuva.com |
| Email: MGunter@forthepeople.com | Bajo Cuva Cohen Turkel, P.A. |
| | 100 N. Tampa St., Suite 1900 |
| | Tampa, FL 33602 |

COUNSEL FOR PLAINTIFF  Telephone:  (813) 443-2199
 COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send a notice of electronic filing to all parties of record.

**/s/ MATTHEW GUNTER**
Matthew Gunter, Esq.